Louis Danner, Plaintiff-Appellee, v. Board of Fire and Police Commissioners of City of Danville, William Hartshorn as Chairman, A. H. Kamille as Member and Ray G. Roberts as Secretary of Board of Fire and Police Commissioners of City of Danville, City of Danville, Vermilion County, a Municipal Corporation, Defendants-Appellants.

Gen. No. 10,139.

Third District.

December 19, 1957.

Rehearing denied January 23, 1958.

Modified opinion released for publication January 23, 1958.

Sebat, Swanson, Banks & Jones, and James K. Robinson, for appellants; Bookwalter, Carter, Gunn and Hickman, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.